**DOCKET NUMBER:** <u>CR 10-0809 (KAM)</u>

## CRIMINAL CAUSE FOR Pleading

**BEFORE JUDGE:** <u>James Orenstein, USMJ</u>   **DATE:** <u>12/29/11</u>   **TIME IN COURT** <u>30</u> **MINS**

**DEFENDANT'S NAME:** <u>Charles Jones a.ka. Michael Anthony Alexander</u>   **DEFENDANT'S #:** <u>6</u>

☒ Present   ☐ Not Present   ☒ Custody   ☐ Not Custody

**DEFENSE COUNSEL:** <u>Sally Butler</u>

☐ Federal Defender   ☒ CJA   ☐ Retained

**A.U.S.A.:** <u>Tyler Smith</u>

**CASE MANAGER OR MAGISTRATE CLERICAL:** <u>Alicia Guy</u>

**COURT REPORTER:** <u>Charlene Heading</u>

- ☒ Case Called
- ☒ Change of Plea Hearing (~Util-Plea Entered)
- ☒ Deft. Sworn and Informed of Rights
- ☒ Deft. Withdraws Not Guilty Plea and Enters a Plea of Guilty to Count 2 of the Superseding Indictment (S-3)
- ☒ Court Finds Factual Basis for the Plea
- ☒ Deft. Continued in Custody
- ☒ Sentencing is scheduled for May 11, 2012, at 2:00 p.m. before District Judge Kiyo Matsumoto
- ☒ Transcript Ordered

## UTILITIES

☒ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   ☒ NO

**TEXT:**

- Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted. Court Exhibit 1 marked and returned to the Govt.

- Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections or comments to the Presentence Report (PSR). Defense counsel must respond to the PSR within two weeks of receipt of the PSR, the government will respond one week thereafter. PSR objections shall be directed to the probation officer, but need not be filed via ecf.

- Sentencing motions/submissions or letters of support on behalf of the defendant (apart from PSR objections) shall be submitted as follows: defendant's sentencing submissions/motions shall be served and filed by 4/20/12, the government will respond by 4/27/12. With reply by defendant, if any, shall be submitted and filed by ecf by 5/4/12.